# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136970

STATE TREASURER,

      Plaintiff-Appellee,

v

GENE T. FAVORS, JR.,

      Defendant-Appellant.

SC: 136970
CoA: 285728

_____

On order of the Chief Justice, plaintiff-appellant having failed to pay the filing fee as required by the order of July 29, 2008, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2008

_____
Clerk

jm